UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN V. BURKE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-11514-JLT |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| | * | |
| Defendant. | * | |

ORDER

October 20, 2010

TAURO, J.

This court ACCEPTS and ADOPTS the August 6, 2010 Report and Recommendation [#21] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion for Order Affirming the Decision of the Commissioner [#19] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge